UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL JONES,

                Plaintiff,

v.

LITTON LOAN SERVICING LP, and
WELLS FARGO NATIONAL FINANCIAL BANK,

                Defendants.

Case No. 2:11-CV-12881

Honorable Patrick J. Duggan

**ORDER EXTENDING DATE BY WHICH
DEFENDANT WELLS FARGO FINANCIAL NATIONAL BANK MUST ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
TO SEPTEMBER 30, 2010**

This matter having come before the court upon the stipulation of the parties, IT IS

HEREBY ORDERED that Defendant Wells Fargo Financial National Bank shall answer or

otherwise respond to Plaintiff's complaint by September 30, 2011.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 29, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, September 29, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager