UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.11-12881
HON. PATRICK J. DUGGAN

RANDALL JONES,
                Plaintiff(s),
-v-
LITTON LOAN SERVICING, LP,
                Defendant(s)
_____/

ORDER FOR CASE EVALUATION PURSUANT TO STIPULATION OF PARTIES

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on October 26, 2011.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
United States District Court Judge

The parties having stipulated that this case be referred for case evaluation to a Wayne County Case Evaluation Panel and that the parties be bound by the provisions of Michigan Court Rule 2.403, now therefore,

IT IS ORDERED that this case be referred for case evaluation pursuant to said Stipulation.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 26, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 26, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager